NO. 15-24-00067-CV

RECEIVED
December 19, 2024
Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
DEC 19 2024
CHRISTOPHER A. PRINE
CLERK

JAMES BRICKLEY,
  Appellant,
                 §    IN THE FIFTEENTH

v.                 §    COURT OF APPEALS

CORRECTION OFFICER WAGNER, et al §
et al,                AUSTIN, TEXAS
  Appellees        §

## RESPONSE TO THE COURT OF APPEALS' LETTER TO CONSIDER DISMISSAL OF THE APPEAL

APPELLANT, JAMES BRICKLEY, OBJECTS to this Courts motion to dismiss the appeal for failure to comply with Sections 14.004 and 14.005 for good cause.

### INTRODUCTION

1. Appellant, is James Brickley; Appellees are Correction Officers Wagner, Bailey, Polite, Sgt. Hartley, Sgt. Kleypas, and Warden Martinez.

2. There are no attorneys of record for either party.

3. Appellant has filed an appeal from the 440th Judicial District Court, which was transfered from the 10th Court of Appeals to the Fifteenth Court of Appeals on July 31, 2024.

4. On December 03, 2024, Appellant, Brickley recieved this Court's letter of intent to consider dismissal of appeal on it's own motion for failure to comply with Sections 14.004 and 14.005 of the Texas Civil Practice and Remedies Code unless any party files a response on or before December 13, 2024, showing meritorious grounds for continuing the appeal; eleven days after it was sent.

### ARGUMENT & AUTHORITIES

5. Upon filing the civil suit Appellant, Brickley, submitted a §§ Statement of Inability to Afford Payment of Court Costs along with

1

an affidavit in support of the statement, in anticipation of the Unit Law Librarian to provide an Inmate 6-monthStatement. A copy was submitted in an envelope to the law librarian as well as sent directly to the lower court on December 10,2024. (C.R. pp 32-33)

However, the original affidavit of inability to Afford Court Costs was never made apart of the Clerk's Record despite several requests to the clerk. On the other hand, the Statement of Inability to Afford Payment of Court Costs or an Appeal Bond was made apart of the record (C.R. pp 35-36) along with a letter to the Clerk of the 440th District Court (C.R.P 37) which would satisfy the require-ments of Texas Civil Practice and Remedies Code 14.004. A right which carries over pursuant to Texas Rule of Appellate Procedure 20.1 (b). "A party who filed a Statement of Inability to Afford Payment of Court Costs in the trial courtsis not required to pay costs in the appellate court unless the-trial court overruled the parties claim of indigence in an order that complies with Texas Rule of Civil Procedure 145..." TRAP 20.1 (b)(1). Here the state-ment was filed and made part of the record. No ruling was made on appellant's indigent status. "To establish the right to proceed without payment of costs under (1), a party must communicate to the appellate court clerk in writing that the party is presumed indigent under this rule. In an appeal under Section two of these rules, the applicability of the presumption should be stated in the notice of appeal and in the docketing statement." TRAP 20.1 (b)(2). Requirements of which were satisfied by appellant. (C.R. p 34)(Appellant's Notice That He Is Indigent),and (C.R. pp 9-10)( Docketing Statement).

However, providing an Inmates 6-Month Statement to the court was

2

appellant's control, because appellant never had access to the statement and must rely upon the Unit Law Librarian to submit for the inmate. Whether the law librarian did submit the statement as appellant requested or not, it is beyond appellant's ability to prove to the Court. However, the Court should consider theseveral requests for the clerk to submit supplemental records; the abnormal records submitted by the clerk of the lower court; the complaints made against TDCJ employees for denying and withholding his legal mail(C.R. pp 59-61): and the subsequent lawsuit against the TDCJ mailroom employee, Codi Mitchell, for denying legal mail in the 440th Judicial District Court styled: JAMES BRICKLEY v. C. MITCHELL Case Number DC-24-55952. In considering these factors the Court would find overwhelming evidence that these documents were filed, but for the actions of the appellees' and their agents, are not apart of the record.

6. Where the Court would consider dismissal of this appeal pursuant to Texas Civil Practice and Remedies Code 14.005, this Court should look to the record (C.R. pp 45-46)(Appellan's Declaration Relating to Grievance System Claim- declaring under penalty of perjury, made on December 10,2023; before the notice of appeal was filed; However, the declaration was supplemental and the original was left with the Unit Law Librarian to be submitted to the Court with the Inmate's 6-Month Statement; also a claim of all conditions precedent for relief have been performed or have occured.

7. Additionally, before the Court should consider dismissing the case under Texas Civil Practice and Remedies Code Chapter 14, the Court should address Appellant's first issue of appeal stating, Appellees interference with Appellant's incoming and outgoing mail

3

has rendered structural error in the proceedings, resulting in improper judgment of the case. Attached to the Appellant Brief is prima facie proof of the allegation and supersedes any possible clerical error or technicality that could be assumed by the record.

## CONCLUSION

8. The Court should first consider Appellant's structural error claim before considering a technicality in the current proceeding which appellant overcomes by way of previous claims of indigence and previous documents filed in the lower court. However, if these documents, as hard as they are to find due to the irregular Clerks record, are not enough to satisfy the hurdle set by this Court, appellant requests that this Court give him an opportunity to satisfy the same.

## PRAYER

9. Wherefore premises considered, Appellant, James Brickley, moves this Court to consider the appeal on its merits after considering the arguments and citation of the record herein.

Respectfully submitted,

03 Dec 2024

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76957

## CERTIFICATE OF SERVICE

I certify that on 03 December 2024, I served a copy of the Appellant's Response To The Court Of Appeals' Letter To Consider Dismissal Of The Appeal, on the parties listed below by Inmate Mail with proper postage applied.

4

Parties served:


Hon. Grant Kinsey
Care of the 440th District Court Clerk
P.O. Box 4
Gatesville, Texas 76528


Warden Martinez; Sgt. Hartley; Sgt. Kleypas; Corrections Officers
Wagner; Bailey; and Polite
3201 FM 929
Gatesville, Texas 76597

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

From
3201 FM 929
Gatesville, TX 76597

To: Julia Blackmon
335 JmBell ~
Campti, LA 71411

Austin PDC TX 78710
MON 09 DEC 2024 PM

Rec.

Dec 14, 2024

FOREVER USA

FOREVER USA

CERTIFIED MAIL

7022 0410 0000 1444 9837

Christopher A. Prine
Clerk of the 15th COA
P.O. Box 12852
Austin, Texas 78711

Julia Rodgers Blackmon
335 Sim Bell Rd.
Campti LA 71411

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher A. Prine
Clerk of the 15th COA
P.O. Box 12852
Austin, Texas 78711

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8090 2349 7520 81

2. Article Number (Transfer from service label)

7022 0410 0000 1444 9837

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

To     CHRISTOPHER A. PRINE                 December 15, 2024
        CLERK OF THE 15TH COURT OF APPEALS
        P O. Box 12852
        AUSTIN, TEXAS 78711

        RE: COURT OF APPEALS NO.   15-24-00067-CV
            TRIAL COURT CASE NO.    DC-23-55279

Dear Sir:

I am sending RESPONSE TO THE COURT OF APPEALS' LETTER TO CONSIDER DISMISSAL OF THE
APEAL and ACCOMPANYING DOCUMENTS ATTACHED TO THIS PACKAGE dated December
03,2024 along with an extra copy to be FILE STAMPED along with addressed stamped envelope,
that are Postage paid with return address TO BE RETURNED of the following documents: (file
stamped) of the case listed above, RESPONSE TO THE COURT OF APPEALS' LETTER TO CONSIDER
DISMISSAL OF THE APEAL and ACCOMPANYING DOCUMENTS ATTACHED TO THIS PACKAGE
dated December 03,2024 that is asked to be filed in the 15th COURT OF APPEALS, AUSTIN, Texas
78711


Sincerely,

James Allen Brickley
#2289486
3201 FM 929
Gatesville, Texas 76597

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

DEC 19 2024

CHRISTOPHER A. PRINE
CLERK

December03,2024

TO: CHRISTOPHER A. PRINE
    CLERK OF THE FIFTEENTH COURT OF APPEALS
    P.O. BOX 12852
    AUSTIN, TEXAS 78711


    RE: COURT OF APPEALS NUMBER: 15-24-00067-CV
        TRIAL COURT CASE NUMBER: DC-23-55279

    STYLE: JAMES BRICKLEY
        v. CORRECTION OFFICERS WAGNER, BAILEY, POLITE, Sgt. FA
        HARTLEY, Sgt. KLEYPAS, and WARDEN MARTINEZ


    Dear Sir:

    Please accept and file this Response to the Courts letter from

November 22,2024. I recieved it December 03,2024, and responded

immediately. Thank you and your office very much.


                                    Sincerly,

                                    _03December2024_

                                    JAMES BRICKLEY
                                    Appellant
                                    3201 FM 929
                                    Gatesville, Texas 76597

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

DEC 19 2024

CHRISTOPHER A. PRINE
CLERK

...ders Blackman

7022 0430 0000 1444 9837

Christopher A. Prine
Clerk of the 15th COA
P.O. Box 12852
Austin, Texas
78711

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

DEC 19 2024

CHRISTOPHER A. PRINE
CLERK

Retail


UNITED STATES
POSTAL SERVICE

RDC 99

78711

U.S. POSTAGE PAID
FCM LG ENV
NATCHITOCHES, LA 71457
DEC 16, 2024

$11.54

S2324H503831-35